# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160569 & (64)(66)(67)(68)(69)(70)
(71)(72)(74)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

GREAT LAKES CAPITAL FUND FOR
HOUSING LIMITED PARTNERSHIP XII,
     Plaintiff-Appellee,

v

                     SC: 160569
                     COA: 349916
ERWIN COMPANIES, LLC and STACY    Saginaw CC: 18-035570-CB
ERWIN OAKES,
     Defendants-Appellants.

_____/

     On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the August 21, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for miscellaneous relief are DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2020



s0420

                                     Clerk